Exhibit 1

MUCKROCK Donate Products Newsletter Investigations About Us Follow Us Search File Request Sign Up Log In

This request is embargoed until 30 days after it is finished.

## KBF Thacker

Jimmy Tobias filed this request with the Department of Interior, Office of the Secretary of the United States of America.

| | |
|---|---|
| Tracking # | DOI-2026-002492 |

| | |
|---|---|
| Submitted | Dec. 9, 2025 |
| Due | Jan. 8, 2026 |
| Est. Completion | None |

STATUS

Awaiting Response

EMBARGO

This request is embargoed until 30 days after it is finished.

MuckRock users can file, duplicate, track, and share public records requests like this one. Learn more. File a Request

8 Communications 1 File

Filter communications Collapse All

**From: Jimmy Tobias** 12/09/2025

Subject: Freedom of Information Act Request: KBF Thacker Portal

To Whom It May Concern:

Pursuant to the Freedom of Information Act, I hereby request the following records:

Any and all written or electronic communications, including emails, texts, Signal messages or DMs, sent or received by Karen Budd-Falen that contain one or more of the following key words or phrases: "Lithium", "Lithium Nevada", "Lithium Americas", and/or "Thacker". This request seeks records produced since January 20, 2025 to the date this request is processed.

I am a reporter for Public Domain and seek a fee waiver. If that waiver is denied I am willing to pay $25.

The requested documents will be made available to the general public, and this request is not being made for commercial purposes.

In the event that there are fees, I would be grateful if you would inform me of the total charges in advance of fulfilling my request. I would prefer the request filled electronically, by e-mail attachment if available or CD-ROM if not.

Thank you in advance for your anticipated cooperation in this matter. I look forward to receiving your response to this request within 20 business days, as the statute requires.

Sincerely,

Jimmy Tobias

**From: Department of Interior, Office of the Secretary** 12/10/2025

Subject: Your PAL account is ready Email

Dear Jimmy Tobias,

You've successfully created a PAL account. You will receive another email with a link to create your password.

Username: requests@muckrock.com

Any previously submitted requests to DOI FOIA Office have been saved to your profile.
Regards,
DOI FOIA Office

**From: Department of Interior, Office of the Secretary** 12/10/2025

Subject: Here's your recovery link Email

Dear Jimmy Tobias,

Please find your password recovery link below:
Password Recovery Link: https://foiaxpresspal.doi.gov/App/SetPassword.aspx?aun=LTI6pTiYdVJgKx6n+8gLE92SfFXCBzIPKgaFVabc554=

Click the link above to return to DOI FOIA Office PAL and create a new password.

If you have any questions or need further assistance, please contact the bureau at https://www.doi.gov/foia/contacts..

Thank you.
Regards,
DOI FOIA Office

**From: Department of Interior, Office of the Secretary** 12/10/2025

Subject: Request Received by DOI FOIA Office Email

Dear Jimmy Tobias,
We would like to inform you that the Department of the Interior has received your Freedom of Information Act (FOIA) request and assigned it the control number DOI-2026-002492. Please reference this number in any future communications regarding your request.

This message has been sent from an unattended email inbox. For any further correspondence, please contact the bureau at https://www.doi.gov/foia/contacts.

Thank you for your attention to this matter.
Regards,
DOI FOIA Office

**From: Department of Interior, Office of the Secretary** 01/05/2026

Subject: Acknowledgment Letter - DOI-2026-002492 Email

Good afternoon,

Please find the attached acknowledgment letter for DOI-2026-002492.

Thank you,
Deb Jayaram

Department of the Interior
Office of the Secretary, FOIA Office
1849 C Street, NW, MS-7328
Washington, D.C. 20240
os_foia@ios.doi.gov

26-002492_Ack
Download

**From: Jimmy Tobias** 05/12/2026

Subject: RE: Freedom of Information Act Request #DOI-2026-002492 Mail

Thank you for the update. I wanted to reach out to check on the estimated completion date for this request? Also, has the search for records been completed? How many records and pages of records were located? Has an analyst been assigned to review the records yet? If not, when do you anticipate assigning an analyst for review? What steps have you taken thus far, and what steps do you plan to take in the next six months to process my request?

Thank you!

**From: Muckrock Staff** 07/02/2026

Subject: RE: Freedom of Information Act Request #DOI-2026-002492 Email

To Whom It May Concern:

I wanted to follow up on the following Freedom of Information Act request, copied below, and originally submitted on Dec. 10, 2025. Please let me know when I can expect to receive a response. You had assigned it reference number #DOI-2026-002492.

Thanks for your help, and let me know if further clarification is needed.

**From: Jimmy Tobias** 07/24/2026

Subject: RE: Freedom of Information Act Request #DOI-2026-002492 Email

I wanted to reach out to check on the estimated completion date for this request? Also, has the search for records been completed? How many records and pages of records were located? Has an analyst been assigned to review the records yet? If not, when do you anticipate assigning an analyst for review? What steps have you taken thus far, and what steps do you plan to take in the next six months to process my request?

Thank you!


## For the Record

Keep up on new releases, projects and reporting with MuckRock's weekly newsletter

Subscribe with your email address

Your email address

Subscribe

By subscribing, you agree to MuckRock's Terms of Service and Privacy Policy.

Choose amount

One-time Monthly

$500 $250 $100

$50 $25 $10

$ Other USD

Designate your gift

Select or search funds (optional)

Add note/comment

Continue

Powered by Givebutter

## Together, we hold power to account and shine a light on government transparency

Your donation fuels vital tools such as MuckRock Requests, FOIA Machine, DocumentCloud and oTranscribe that promote civic engagement.

- To donate via Apple Pay, please visit our dedicated GiveButter page.
- Or mailed to:
  *MuckRock Foundation*
  *263 Huntington Ave*
  *Boston, MA 02115*

You can always find our most current financial statements at MuckRock's financial transparency page.

If you'd like to support our work with a legacy, a gift of stocks or crypto currency, contact marcia@muckrock.com.

MUCKROCK

MuckRock is a non-profit collaborative news site that gives you the tools to keep our government transparent and accountable.

Make a Donation

MuckRock is a 501(c)(3) organization.

Our tax identification number is 81-1485228.

Donations are tax-deductible.

SECTIONS

News Projects Requests Agencies Jurisdictions Newsletter

ABOUT

About Us Staff FAQ API Editorial Policy Privacy Policy

Terms of Service Financials

FEEDS

Latest Reporting Recently Filed Requests Recently Completed Requests

**Exhibit 2**

United States Department of the Interior
OFFICE OF THE SECRETARY
Washington, DC 20240

January 5, 2026

Via Electronic Mail: 199639-38163054@requests.muckrock.com

Jimmy Tobias
MuckRock News, DEPT MR199639
263 Huntington Ave
Boston, MA 02115

RE: Freedom of Information Act (FOIA) Request No. DOI-2026-002492

Dear Jimmy Tobias**:**

The Office of the Secretary (OS) FOIA Office received your FOIA request on December 10, 2025 and assigned it control number DOI-2026-002492. Please cite this number in any future communications with our office regarding your request.

## Description of the Requested Records

You requested:

"Any and all written or electronic communications, including emails, texts, Signal messages or DMs, sent or received by Karen Budd-Falen that contain one or more of the following key words or phrases: "Lithium", "Lithium Nevada", "Lithium Americas", and/or "Thacker". This request seeks records produced since January 20, 2025 to the date this request is processed."

## Fee Category

We classified you as a representative of the news media. As such, we may charge you for some of our duplication costs, but we will not charge you for our search or review costs; you also are entitled to up to 100 pages of photocopies (or an equivalent volume) for free. *See* 43 C.F.R. § 2.39. If, after taking into consideration your fee category entitlements, our processing costs are less than $50.00, we will not bill you because the cost of collection would be greater than the fee collected. *See* 43 C.F.R. § 2.37(g).

You agreed to pay up to $25.00 for the processing of your request.

## Fee Waiver

You asked us to waive the fees for processing your request. Because of your entitlements, we do

not anticipate there will be billable fees for processing your request, so there is no need for us to address your request for a fee waiver.

**Processing Schedule**

We use Multitrack Processing to process FOIA requests. Your request falls into the "Normal" processing track for requests that would generally take six to twenty workdays to process. Within each track, requests are usually processed on a first-in, first-out basis

**Extension—Ten Workdays**

Because we will need to search for and collect requested records from field facilities or other units that are separate from the office processing the request, we are taking a 10-workday extension under *43 C.F.R. § 2.19*.

You can expect to hear from us promptly regarding the outcome of this search.

**Mediation Services**

The 2007 FOIA amendments created the Office of Government Information Services (OGIS) to offer mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. You may contact OGIS in any of the following ways:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road – OGIS
College Park, MD 20740-6001

Email: ogis@nara.gov
Web: https://www.archives.gov/ogis
Telephone: (202) 741-5770
Toll-free: (877) 684-6448

Please note that using OGIS services does not affect the timing of filing an appeal with the Department's FOIA & Privacy Act Appeals Officer.

Contact information for the Department's FOIA Public Liaison, who you may also seek dispute resolution services from, is available at *https://www.doi.gov/foia/foiacenters*.

**Conclusion**

If you have any questions about this letter, you may contact me by email at os_foia@ios.doi.gov, or by mail at U.S. Department of the Interior, 1849 C Street, NW, MS-7328, Washington, D.C. 20240. Additionally, contact information for the Department's FOIA Requester Centers and

FOIA Public Liaison is available at *https://www.doi.gov/foia/foiacenters*.

Sincerely,

DEBOSREE JAYARAM
Digitally signed by DEBOSREE JAYARAM
Date: 2026.01.05 13:44:34 -05'00'

Deb Jayaram
Government Information Specialist
Office of the Secretary
FOIA Office

Exhibit 3

MUCKROCK Donate Products Newsletter Investigations About Us Follow Us Search File Request Sign Up Log In

# KBF NYT PD

Jimmy Tobias filed this request with the Department of Interior, Office of the Secretary of the United States of America.

| | |
|---|---|
| Tracking # | DOI-2026-002953 |

| | |
|---|---|
| Submitted | Jan. 5, 2026 |
| Due | Feb. 3, 2026 |
| Est. Completion | None |

STATUS

Awaiting Response

MuckRock users can file, duplicate, track, and share public records requests like this one. Learn more. File a Request

8 Communications 1 File

Filter communications

Collapse All

**From: Jimmy Tobias** 01/05/2026

Subject: Freedom of Information Act Request: KBF NYT PD Portal

To Whom It May Concern:

Pursuant to the Freedom of Information Act, I hereby request the following records:

Any and all emails, texts or other electronic communication sent or received by Karen Budd-Falen that references The New York Times and/or Public Domain, both news outlets. This request seeks records produced since December 1, 2025.

I am a reporter for Public Domain and seek a fee waiver. If that waiver is denied I am willing to pay $25.

The requested documents will be made available to the general public, and this request is not being made for commercial purposes.

In the event that there are fees, I would be grateful if you would inform me of the total charges in advance of fulfilling my request. I would prefer the request filled electronically, by e-mail attachment if available or CD-ROM if not.

Thank you in advance for your anticipated cooperation in this matter. I look forward to receiving your response to this request within 20 business days, as the statute requires.

Sincerely,

Jimmy Tobias

**From: Department of Interior, Office of the Secretary** 01/06/2026

Subject: Request Received by DOI FOIA Office Email

Dear Jimmy Tobias,
We would like to inform you that the Department of the Interior has received your Freedom of Information Act (FOIA) request and assigned it the control number DOI-2026-002953. Please reference this number in any future communications regarding your request.

This message has been sent from an unattended email inbox. For any further correspondence, please contact the bureau at https://www.doi.gov/foia/contacts.

Thank you for your attention to this matter.
Regards,
DOI FOIA Office

**From: Department of Interior, Office of the Secretary** 01/16/2026

Subject: Acknowledgment Letter - DOI-2026-002953 Email

Good afternoon,

Please find the attached acknowledgment letter for DOI-2026-002953.

Thank you,
Deb Jayaram

Department of the Interior
Office of the Secretary, FOIA Office
1849 C Street, NW, MS-7328
Washington, D.C. 20240
os_foia@ios.doi.gov

26-002953_Ack
View Embed Download

**From: Jimmy Tobias** 05/12/2026

Subject: RE: Freedom of Information Act Request #DOI-2026-002953 Mail

Thank you for the update. I wanted to reach out to check on the estimated completion date for this request? Also, has the search for records been completed? How many records and pages of records were located? Has an analyst been assigned to review the records yet? If not, when do you anticipate assigning an analyst for review? What steps have you taken thus far, and what steps do you plan to take in the next six months to process my request?

Thank you!

**From: Muckrock Staff** 07/02/2026

Subject: RE: Freedom of Information Act Request #DOI-2026-002953 Email

To Whom It May Concern:

I wanted to follow up on the following Freedom of Information Act request, copied below, and originally submitted on Jan. 6, 2026. Please let me know when I can expect to receive a response. You had assigned it reference number #DOI-2026-002953.

Thanks for your help, and let me know if further clarification is needed.

**From: Jimmy Tobias** 07/24/2026

Subject: RE: Freedom of Information Act Request #DOI-2026-002953 Email

I wanted to reach out to check on the estimated completion date for this request? Also, has the search for records been completed? How many records and pages of records were located? Has an analyst been assigned to review the records yet? If not, when do you anticipate assigning an analyst for review? What steps have you taken thus far, and what steps do you plan to take in the next six months to process my request?

Thank you!

**Exhibit 4**

United States Department of the Interior
OFFICE OF THE SECRETARY
Washington, DC 20240

January 16, 2026

Via Electronic Mail: 201271-72016501@requests.muckrock.com

Jimmy Tobias
MuckRock News, DEPT MR201271
263 Huntington Ave
Boston, MA 02115

RE: Freedom of Information Act (FOIA) Request No. DOI-2026-002953

Dear Jimmy Tobias:

The Office of the Secretary (OS) FOIA Office received your FOIA request, on January 6, 2026 and assigned it control number DOI-2026-002953. Please cite this number in any future communications with our office regarding your request.

**Description of the Requested Records**

You requested:

"Any and all emails, texts or other electronic communication sent or received by Karen Budd-Falen that references The New York Times and/or Public Domain, both news outlets. This request seeks records produced since December 1, 2025."

**Fee Category**

We classified you as a representative of the news media. As such, we may charge you for some of our duplication costs, but we will not charge you for our search or review costs; you also are entitled to up to 100 pages of photocopies (or an equivalent volume) for free. *See* 43 C.F.R. § 2.39. If, after taking into consideration your fee category entitlements, our processing costs are less than $50.00, we will not bill you because the cost of collection would be greater than the fee collected. *See* 43 C.F.R. § 2.37(g).

You agreed to pay up to $25.00 for the processing of your request.

**Fee Waiver**

You asked us to waive the fees for processing your request. Because of your entitlements, we do not anticipate there will be billable fees for processing your request, so there is no need for us to

address your request for a fee waiver.

**Processing Schedule**

We use Multitrack Processing to process FOIA requests. Your request falls into the "Normal" processing track for requests that would generally take six to twenty workdays to process. Within each track, requests are usually processed on a first-in, first-out basis.

**Extension—Ten Workdays**

Because we will need to search for and collect requested records from field facilities or other units that are separate from the office processing the request, we are taking a 10-workday extension under *43 C.F.R. § 2.19*.

You can expect to hear from us promptly regarding the outcome of this search.

**Mediation Services**

The 2007 FOIA amendments created the Office of Government Information Services (OGIS) to offer mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. You may contact OGIS in any of the following ways:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road – OGIS
College Park, MD 20740-6001

Email: ogis@nara.gov
Web: https://www.archives.gov/ogis
Telephone: (202) 741-5770
Toll-free: (877) 684-6448

Please note that using OGIS services does not affect the timing of filing an appeal with the Department's FOIA & Privacy Act Appeals Officer.

Contact information for the Department's FOIA Public Liaison, who you may also seek dispute resolution services from, is available at *https://www.doi.gov/foia/foiacenters*.

**Conclusion**

If you have any questions about this letter, you may contact me by email at os_foia@ios.doi.gov, or by mail at U.S. Department of the Interior, 1849 C Street, NW, MS-7328, Washington, D.C. 20240. Additionally, contact information for the Department's FOIA Requester Centers and

FOIA Public Liaison is available at *https://www.doi.gov/foia/foiacenters*.

Sincerely,

DEBOSREE JAYARAM
Digitally signed by DEBOSREE JAYARAM
Date: 2026.01.16 13:01:36 -05'00'

Deb Jayaram
Government Information Specialist
Office of the Secretary
FOIA Office

Exhibit 5



This request is embargoed until 30 days after it is finished.

# Karen Budd-Falen Thacker Pass 2019

Jimmy Tobias filed this request with the Department of Interior, Office of the Solicitor of the United States of America.

| | |
|---|---|
| Tracking # | DOI-2026-002980 |
| Submitted | Jan. 6, 2026 |
| Due | Feb. 4, 2026 |
| Est. Completion | None |

STATUS

Awaiting Response

EMBARGO

This request is embargoed until 30 days after it is finished.

MuckRock users can file, duplicate, track, and share public records requests like this one. Learn more. File a Request

15 Communications 4 Files

Filter communications Collapse All

**From: Jimmy Tobias** 01/06/2026

Subject: Freedom of Information Act Request: Karen Budd-Falen Thacker Pass 2019 Portal

To Whom It May Concern:

Pursuant to the Freedom of Information Act, I hereby request the following records:

Any and all written or electronic communications, including emails, texts, Signal messages or DMs, sent or received by former solicitor's office appointee Karen Budd-Falen that contain one or more of the following key words or phrases: "Lithium", "Lithium Nevada", "Lithium Americas", and/or "Thacker". This request seeks records produced since October 1, 2019 to January 20, 2021.

I am a reporter for Public Domain and seek a fee waiver. If that waiver is denied I am willing to pay $25.

The requested documents will be made available to the general public, and this request is not being made for commercial purposes.

In the event that there are fees, I would be grateful if you would inform me of the total charges in advance of fulfilling my request. I would prefer the request filled electronically, by e-mail attachment if available or CD-ROM if not.

Thank you in advance for your anticipated cooperation in this matter. I look forward to receiving your response to this request within 20 business days, as the statute requires.

Sincerely,

Jimmy Tobias

**From: Department of Interior, Office of the Solicitor** 01/06/2026

Subject: Request Received by DOI FOIA Office Email

Dear Jimmy Tobias,
We would like to inform you that the Department of the Interior has received your Freedom of Information Act (FOIA) request and assigned it the control number DOI-2026-002980. Please reference this number in any future communications regarding your request.

This message has been sent from an unattended email inbox. For any further correspondence, please contact the bureau at https://www.doi.gov/foia/contacts.

Thank you for your attention to this matter.
Regards,
DOI FOIA Office

**From: Department of Interior, Office of the Solicitor** 01/08/2026

Subject: Acknowledgment Letter for FOIA Request DOI-2026-002980 Email

Good afternoon,

Attached is the Solicitor's acknowledgment letter for your FOIA request.

Sincerely,

Mai Uyen Le Nguyen

Attorney Advisor, Law Practice Support Unit

Division of Administration

Office of the Solicitor

U.S. Department of the Interior

SOL Division of Administration<https://doimspp.sharepoint.com/sites/sol-dad> | FOIA SharePoint and Resources<https://doimspp.sharepoint.com/sites/sol-dad/SitePages/FOIA.aspx>

[cid:c46ff82e-86d0-48af-b51f-e274c06b25b5]

26-2980_AckLet
Download

Outlook-qb1mfwas
Download

**From: Muckrock Staff** 02/09/2026

Subject: RE: Freedom of Information Act Request #DOI-2026-002980 Email

To Whom It May Concern:

I wanted to follow up on the following Freedom of Information Act request, copied below, and originally submitted on Jan. 6, 2026. Please let me know when I can expect to receive a response. You had assigned it reference number #DOI-2026-002980.

Thanks for your help, and let me know if further clarification is needed.

**From: Department of Interior, Office of the Solicitor** 02/09/2026

Subject: Re: Freedom of Information Act Request #DOI-2026-002980 Email

Good morning,

Thank you for your email. Documents have been gathered for your request and are currently being processed. We appreciate your patience as we continue to process your request.

Sincerely,

Mai Uyen Le Nguyen

Attorney Advisor, Law Practice Support Unit

Division of Administration

Office of the Solicitor

U.S. Department of the Interior

SOL Division of Administration<https://doimspp.sharepoint.com/sites/sol-dad> | FOIA SharePoint and Resources<https://doimspp.sharepoint.com/sites/sol-dad/SitePages/FOIA.aspx>

[cid:858f24da-f6bd-45a1-9848-ac9e25a9f500]

Outlook-3wxmulc4

Download

**From: Muckrock Staff** 03/11/2026

**Subject: RE: Freedom of Information Act Request #DOI-2026-002980** Email

To Whom It May Concern:

I wanted to follow up on the following Freedom of Information Act request, copied below, and originally submitted on Jan. 6, 2026. Please let me know when I can expect to receive a response. You had assigned it reference number #DOI-2026-002980.

Thanks for your help, and let me know if further clarification is needed.

**From: Department of Interior, Office of the Solicitor** 03/11/2026

**Subject: Re: Freedom of Information Act Request #DOI-2026-002980** Email

Good morning,

Thank you for your email. Our office is currently reviewing the responsive documents for your request. We appreciate your patience as we process your request.

Mai Uyen Le Nguyen

Attorney Advisor, Law Practice Support Unit

Division of Administration

Office of the Solicitor

U.S. Department of the Interior

SOL Division of Administration<https://doimspp.sharepoint.com/sites/sol-dad> | FOIA SharePoint and Resources<https://doimspp.sharepoint.com/sites/sol-dad/SitePages/FOIA.aspx>

[cid:2bcd81ad-d167-4717-80d6-f2ec2758356e]

Outlook-0xbii3sv

Download

**From: Muckrock Staff** 04/10/2026

**Subject: RE: Freedom of Information Act Request #DOI-2026-002980** Email

To Whom It May Concern:

I wanted to follow up on the following Freedom of Information Act request, copied below, and originally submitted on Jan. 6, 2026. Please let me know when I can expect to receive a response. You had assigned it reference number #DOI-2026-002980.

Thanks for your help, and let me know if further clarification is needed.

**From: Muckrock Staff** 05/11/2026

**Subject: RE: Freedom of Information Act Request #DOI-2026-002980** Email

To Whom It May Concern:

I wanted to follow up on the following Freedom of Information Act request, copied below, and originally submitted on Jan. 6, 2026. Please let me know when I can expect to receive a response. You had assigned it reference number #DOI-2026-002980.

Thanks for your help, and let me know if further clarification is needed.

**From: Jimmy Tobias** 05/12/2026

**Subject: RE: Freedom of Information Act Request #DOI-2026-002980** Email

Thank you for the update. I wanted to reach out to check on the estimated completion date for this request? Also, has the search for records been completed? How many records and pages of records were located? Has an analyst been assigned to review the records yet? If not, when do you anticipate assigning an analyst for review? What steps have you taken thus far, and what steps do you plan to take in the next six months to process my request?

Thank you!

**From: Muckrock Staff** 06/11/2026

**Subject: RE: Freedom of Information Act Request #DOI-2026-002980** Email

To Whom It May Concern:

I wanted to follow up on the following Freedom of Information Act request, copied below, and originally submitted on Jan. 6, 2026. Please let me know when I can expect to receive a response. You had assigned it reference number #DOI-2026-002980.

Thanks for your help, and let me know if further clarification is needed.

**From: Muckrock Staff** 07/13/2026

Subject: RE: Freedom of Information Act Request #DOI-2026-002980 Email

To Whom It May Concern:

I wanted to follow up on the following Freedom of Information Act request, copied below, and originally submitted on Jan. 6, 2026. Please let me know when I can expect to receive a response. You had assigned it reference number #DOI-2026-002980.

Thanks for your help, and let me know if further clarification is needed.

From: Jimmy Tobias 07/24/2026

Subject: RE: Freedom of Information Act Request #DOI-2026-002980 Email

I wanted to reach out to check on the estimated completion date for this request? Also, has the search for records been completed? How many records and pages of records were located? Has an analyst been assigned to review the records yet? If not, when do you anticipate assigning an analyst for review? What steps have you taken thus far, and what steps do you plan to take in the next six months to process my request?

Thank you!


## For the Record

Keep up on new releases, projects and reporting with MuckRock's weekly newsletter

Subscribe with your email address

Your email address

Subscribe

By subscribing, you agree to MuckRock's Terms of Service and Privacy Policy.

Choose amount

One-time Monthly

$500 $250 $100

$50 $25 $10

$ Other USD

Designate your gift

Select or search funds (optional)

Add note/comment

Continue

Powered by Givebutter

## Together, we hold power to account and shine a light on government transparency

Your donation fuels vital tools such as MuckRock Requests, FOIA Machine, DocumentCloud and oTranscribe that promote civic engagement.

- To donate via Apple Pay, please visit our dedicated GiveButter page.
- Or mailed to:
  *MuckRock Foundation*
  *263 Huntington Ave*
  *Boston, MA 02115*

You can always find our most current financial statements at MuckRock's financial transparency page.

If you'd like to support our work with a legacy, a gift of stocks or crypto currency, contact marcia@muckrock.com.

MUCKROCK

MuckRock is a non-profit collaborative news site that gives you the tools to keep our government transparent and accountable.

Make a Donation

MuckRock is a 501(c)(3) organization.

Our tax identification number is 81-1485228.

Donations are tax-deductible.

© 2010–2026 MuckRock

SECTIONS

News Projects Requests Agencies Jurisdictions Newsletter

ABOUT

About Us Staff FAQ API Editorial Policy Privacy Policy

Terms of Service Financials

FEEDS

Latest Reporting Recently Filed Requests Recently Completed Requests

**Exhibit 6**

United States Department of the Interior
OFFICE OF THE SOLICITOR
WASHINGTON, D.C. 20240

IN REPLY REFER TO:

DOI-2026-002980

January 8, 2026

Via email: 201325-24520842@requests.muckrock.com

Jimmy Tobias
MuckRock News, DEPT MR201325
263 Huntington Ave
Boston, MA 02115

Dear Mr. Tobias:

On January 7, 2026, the U.S. Department of the Interior, Office of the Solicitor received your Freedom of Information Act (FOIA) request. In your request, you specifically ask for:

"Any and all written or electronic communications, including emails, texts, Signal messages or DMs, sent or received by former solicitor's office appointee Karen Budd-Falen that contain one or more of the following key words or phrases: 'Lithium', 'Lithium Nevada', 'Lithium Americas', and/or 'Thacker'. This request seeks records produced since October 1, 2019 to January 20, 2021."

Your request has been assigned FOIA Tracking # DOI-2026-002980. Please cite this number in future communications with the Office of the Solicitor concerning your request. We have classified you as a "News Media" requester. As such, we may charge you for some of our duplication costs, but we will not charge you for our search or review costs. You also are entitled to up to 100 pages of photocopies (or an equivalent volume) for free. *See* 43 C.F.R. § 2.39. If, after taking into consideration your fee category entitlements, our processing costs are less than $50.00, we will not bill you because the cost of collection would be greater than the fee collected. *See* 43 C.F.R. § 2.37(g).

You have asked us to waive the fees for processing your request. Our FOIA regulations state that bureaus will waive, or partially waive, fees if disclosure of all or part of the information is:

(1) In the public interest because it is likely to contribute significantly to public understanding of government operations or activities, and

(2) Not primarily in your commercial interest.

*See* 43 C.F.R. § 2.45(a). Our FOIA regulations also provide four specific criteria that are used to determine whether these two requirements are met. *See* 43 C.F.R. § 2.48(a). Based on the above criteria, we have determined that you adequately addressed the statutory requirements for a waiver of fees in your request. Therefore, your fee waiver request has been granted.

We use Multitrack Processing to process FOIA requests. The Simple track is for requests that would generally take one to five workdays to process. The Normal track is for requests that would generally take six to twenty workdays to process. The Complex track is for requests that would generally take twenty-one to sixty workdays to process. The Extraordinary track is for requests that would generally take more than sixty workdays to process. The Expedited track is for requests that have been granted expedited processing, which are processed as soon as practicable. Within each track, requests are usually processed on a first-in, first-out basis.

Your request falls into the "Complex" processing track. There are 13 requests pending ahead of yours in this processing track.

You may narrow the scope of your request to obtain quicker processing in your currently-assigned track or move the request into a different track (which may have the effect of reducing the cost of processing your request and having it processed more quickly). If you have any questions about this, please contact us.

Sincerely,

Lance Purvis
Office of the Solicitor, FOIA Officer

Exhibit 7

MUCKROCK Donate Products Newsletter Investigations About Us Follow Us Search File Request Sign Up Log In

This request is embargoed until 30 days after it is finished. ×

## KBF Grazing Regs

Jimmy Tobias filed this request with the Department of Interior, Office of the Secretary of the United States of America.

| | |
|---|---|
| Tracking # | DOI-2026-005910 |
| Submitted | April 30, 2026 |
| Due | May 29, 2026 |
| Est. Completion | None |

STATUS

Awaiting Response

EMBARGO

This request is embargoed until 30 days after it is finished.

MuckRock users can file, duplicate, track, and share public records requests like this one. Learn more. File a Request

8 Communications 1 File

Filter communications Collapse All

**From: Jimmy Tobias** 04/30/2026

Subject: Freedom of Information Act Request: KBF Grazing Regs Portal

To Whom It May Concern:

Pursuant to the Freedom of Information Act, I hereby request the following records:

Any written or electronic communications, including emails, text messages, and Signal chats, sent or received by Karen Budd-Falen that reference any efforts, actions, plans or policies to reform or rewrite the federal grazing regulations, including any agency efforts, plans, proposals or policies to establish or implement categorical exclusions for any grazing related matters. This request seeks records produced since January 20, 2025.

I am a reporter for Public Domain and seek a fee waiver. If that waiver is denied I am willing to pay $25.

The requested documents will be made available to the general public, and this request is not being made for commercial purposes.

In the event that there are fees, I would be grateful if you would inform me of the total charges in advance of fulfilling my request. I would prefer the request filled electronically, by e-mail attachment if available or CD-ROM if not.

Thank you in advance for your anticipated cooperation in this matter. I look forward to receiving your response to this request within 20 business days, as the statute requires.

Sincerely,

Jimmy Tobias

**From: Department of Interior, Office of the Secretary** 05/01/2026

Subject: Your PAL account is ready Email

Dear Jimmy Tobias,

You've successfully created a PAL account. You will receive another email with a link to create your password.

Username: requests@muckrock.com

Any previously submitted requests to DOI FOIA Office have been saved to your profile.
Regards,
DOI FOIA Office

**From: Department of Interior, Office of the Secretary** 05/01/2026

Subject: Request Received by DOI FOIA Office Email

Dear Jimmy Tobias,

We would like to inform you that the Department of the Interior has received your OS FOIA request and assigned it the control number DOI-2026-005910. Please reference this number in any future communications regarding your request.

This message has been sent from an unattended email inbox. For any further correspondence, please contact the bureau at https://www.doi.gov/foia/contacts.

Below is a copy of the Request Description:

To Whom It May Concern: Pursuant to the Freedom of Information Act, I hereby request the following records: Any written or electronic communications, including emails, text messages, and Signal chats, sent or received by Karen Budd-Falen that reference any efforts, actions, plans or policies to reform or rewrite the federal grazing regulations, including any agency efforts, plans, proposals or policies to establish or implement categorical exclusions for any grazing related matters. This request seeks records produced since January 20, 2025. I am a reporter for Public Domain and seek a fee waiver. If that waiver is denied I am willing to pay $25. The requested documents will be made available to the general public, and this request is not being made for commercial purposes. In the event that there are fees, I would be grateful if you would inform me of the total charges in advance of fulfilling my request. I would prefer the request filled electronically, by e-mail attachment if available or CD-ROM if not. Thank you in advance for your anticipated cooperation in this matter. I look forward to receiving your response to this request within 20 business days, as the statute requires. Sincerely, Jimmy Tobias Upload documents directly: https://www.muckrock.com/

Thank you for your attention to this matter.
Regards,
DOI FOIA Office

**From: Department of Interior, Office of the Secretary** 05/01/2026

Subject: Login to DOI Public Access Link Email

Dear Jimmy Tobias,

You've successfully created an account in PAL to login to https://securefoia.doi.gov.

Please use requests@muckrock.com as your email address when creating a Login.Gov profile if you have not already done so.
Regards,
DOI FOIA Office"

**From: Jimmy Tobias** 05/12/2026

Subject: RE: Freedom of Information Act Request #DOI-2026-005910 Mail

Hello, I wanted to check in on the estimated completion date for this request. Has the search for records been completed? How many records and pages of records were located? Has an analyst been assigned to review the records yet? If not, when do you anticipate assigning an analyst for review? What steps have you taken thus far, and what steps do you plan to take in the next six months to process my request?

Thank you!

**From: Department of Interior, Office of the Secretary** 05/12/2026

Good afternoon,

Please find the attached acknowledgment letter for DOI-2026-005910.

Thank you,
Deb Jayaram

Department of the Interior
Office of the Secretary, FOIA Office
1849 C Street, NW, MS-7328
Washington, D.C. 20240
os_foia@ios.doi.gov

26-005910_Ack
Download

**From: Muckrock Staff** 07/02/2026

**Subject: RE: Freedom of Information Act Request #DOI-2026-005910** Email

To Whom It May Concern:

I wanted to follow up on the following Freedom of Information Act request, copied below, and originally submitted on May 1, 2026. Please let me know when I can expect to receive a response. You had assigned it reference number #DOI-2026-005910.

Thanks for your help, and let me know if further clarification is needed.

**From: Jimmy Tobias** 07/08/2026

**Subject: RE: Freedom of Information Act Request #DOI-2026-005910** Email

I wanted to reach out to check on the estimated completion date for this request? Also, has the search for records been completed? How many records and pages of records were located? Has an analyst been assigned to review the records yet? If not, when do you anticipate assigning an analyst for review? What steps have you taken thus far, and what steps do you plan to take in the next six months to process my request?

Thank you!

## For the Record

Keep up on new releases, projects and reporting with MuckRock's weekly newsletter

Subscribe with your email address

Your email address | Subscribe

By subscribing, you agree to MuckRock's Terms of Service and Privacy Policy.

Choose amount

One-time | Monthly

$500 | $250 | $100
$50 | $25 | $10

$ Other USD

Designate your gift

Select or search funds (optional)

Add note/comment

Continue

Powered by Givebutter

## Together, we hold power to account and shine a light on government transparency

Your donation fuels vital tools such as MuckRock Requests, FOIA Machine, DocumentCloud and oTranscribe that promote civic engagement.

- To donate via Apple Pay, please visit our dedicated GiveButter page.
- Or mailed to:
  *MuckRock Foundation*
  *263 Huntington Ave*
  *Boston, MA 02115*

You can always find our most current financial statements at MuckRock's financial transparency page.

If you'd like to support our work with a legacy, a gift of stocks or crypto currency, contact marcia@muckrock.com.

MUCKROCK

MuckRock is a non-profit collaborative news site that gives you the tools to keep our government transparent and accountable.

Make a Donation

MuckRock is a 501(c)(3) organization.

Our tax identification number is 81-1485228.

Donations are tax-deductible.

SECTIONS

News Projects Requests Agencies Jurisdictions Newsletter

ABOUT

About Us Staff FAQ API Editorial Policy Privacy Policy

Terms of Service Financials

**Exhibit 8**

United States Department of the Interior
OFFICE OF THE SECRETARY
Washington, DC 20240

May 12, 2026

Via Electronic Mail: 210027-64275237@requests.muckrock.com

Jimmy Tobias
MuckRock News, DEPT MR210027
263 Huntington Ave
Boston, MA 02115

RE: Freedom of Information Act (FOIA) Request No. DOI-2026-005910

Dear Jimmy Tobias:

The Office of the Secretary (OS) FOIA Office received your FOIA request, on May 1, 2026 and assigned it control number DOI-2026-005910. Please cite this number in any future communications with our office regarding your request.

**Description of the Requested Records**

You requested:

"Any written or electronic communications, including emails, text messages, and Signal chats, sent or received by Karen Budd-Falen that reference any efforts, actions, plans or policies to reform or rewrite the federal grazing regulations, including any agency efforts, plans, proposals or policies to establish or implement categorical exclusions for any grazing related matters. This request seeks records produced since January 20, 2025."

**Fee Category**

We classified you as a representative of the news media. As such, we may charge you for some of our duplication costs, but we will not charge you for our search or review costs; you also are entitled to up to 100 pages of photocopies (or an equivalent volume) for free. *See* 43 C.F.R. § 2.39. If, after taking into consideration your fee category entitlements, our processing costs are less than $50.00, we will not bill you because the cost of collection would be greater than the fee collected. *See* 43 C.F.R. § 2.37(g).

You agreed to pay up to $25.00 for the processing of your request.

**Fee Waiver**

You asked us to waive the fees for processing your request. Because of your entitlements, we do not anticipate there will be billable fees for processing your request, so there is no need for us to address your request for a fee waiver.

**Processing Schedule**

We use Multitrack Processing to process FOIA requests. Your request falls into the "Complex" processing track for requests that would generally take twenty-one to sixty workdays to process. Within each track, requests are usually processed on a first-in, first-out basis. You may narrow the scope of your request to obtain quicker processing in your currently-assigned track or move the request into a different track which may have the effect of reducing the cost of processing your request and having it processed more quickly.

**Extension—Ten Workdays**

Because we will need to search for and collect requested records from field facilities or other units that are separate from the office processing the request, we are taking a 10-workday extension under *43 C.F.R. § 2.19*.

You can expect to hear from us promptly regarding the outcome of this search.

**Mediation Services**

The 2007 FOIA amendments created the Office of Government Information Services (OGIS) to offer mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. You may contact OGIS in any of the following ways:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road – OGIS
College Park, MD 20740-6001

Email: ogis@nara.gov
Web: https://www.archives.gov/ogis
Telephone: (202) 741-5770
Toll-free: (877) 684-6448

Please note that using OGIS services does not affect the timing of filing an appeal with the Department's FOIA & Privacy Act Appeals Officer.

Contact information for the Department's FOIA Public Liaison, who you may also seek dispute resolution services from, is available at *https://www.doi.gov/foia/foiacenters*.

**Conclusion**

If you have any questions about this letter, you may contact me by email at os_foia@ios.doi.gov, or by mail at U.S. Department of the Interior, 1849 C Street, NW, MS-7328, Washington, D.C. 20240. Additionally, contact information for the Department's FOIA Requester Centers and FOIA Public Liaison is available at *https://www.doi.gov/foia/foiacenters.*

Sincerely,

DEBOSREE JAYARAM Digitally signed by DEBOSREE JAYARAM Date: 2026.05.12 14:47:35 -04'00'

Deb Jayaram
Government Information Specialist
Office of the Secretary
FOIA Office