FOIA Summons
1/13

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JIMMY TOBIAS<br>*Plaintiff*<br><br>v.<br><br>U.S. DEPARTMENT OF INTERIOR<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:26-cv-02891-LLA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Civil Process Clerk
United States Attorney's Office
601 D Street, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew V. Topic
Loevy & Loevy
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 8/17/2026

/s/ Grace Kern
*Signature of Clerk or Deputy Clerk*

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* United States Attorney's Office

was received by me on *(date)* 8/17/2026 .

❒ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

X Other *(specify)*: I served the summons and complaint via email to: USADC.ServiceCivil@usdoj.gov.

.

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/18/2026

/s/ Blake Bunting

*Server's signature*

Blake Bunting, paralegal

*Printed name and title*

LOEVY + LOEVY
311 N Aberdeen St, 3rd Fl
Chicago, IL 60607

*Server's address*

Additional information regarding attempted service, etc:

LOEVY + LOEVY

**Blake Bunting <blake@loevy.com>**

# 26-cv-2891 Tobias v. U.S. Department of Interior - Service

2 messages

**Blake Bunting** <blake@loevy.com> Tue, Aug 18, 2026 at 11:28 AM
To: USADC.ServiceCivil@usdoj.gov

Good afternoon -

Please accept this email as service of process on the United States Attorney's Office regarding the above-referenced case. The summons and complaint are attached.

Thank you.

**Blake Bunting** (he/him/his)
LOEVY + LOEVY
Office: (312) 243-5900 / Direct: (312) 995-0040
311 N Aberdeen St, Chicago, IL 60607
www.loevy.com

**26-cv-2891 Tobias v. U.S. Department of Interior - Service Packet.pdf**
10904K

**USADC-ServiceCivil** <USADC.ServiceCivil@usdoj.gov> Tue, Aug 18, 2026 at 4:03 PM
To: Blake Bunting <blake@loevy.com>, USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>

Your submission has been received by email on August 18, 2026.

Civil-process Clerk, U.S. Attorney's Office for the District of Columbia

[Quoted text hidden]